UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAMAINE BUCKLEY,

    Plaintiff,

v.                                    Case No. 3:20-cv-415-J-32MCR

GOLDEN HOSPITALITY, INC., a
Florida corporation, ANAJANA,
LLC, a Florida limited liability
company, A P S M, LLC, a Georgia
limited liability company,
PANKAJBHAI PATEL, an
individual, NILESH PATEL, an
individual, BHUPENDRA PATEL,
an individual, and MANJULABEY
PATEL, an individual,

    Defendants.

**O R D E R**

This case is before the Court on the parties' Joint Motion to Approve FLSA Mediation Settlement and for Dismissal With Prejudice (Doc. 26). On January 6, 2021, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 27) recommending that the motion be granted and that the case be dismissed with prejudice. The parties subsequently filed a Joint Notice of Having No Objection to Report and Recommendation. Doc. 28; see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo

review of the file and for the reasons stated in the Report and Recommendation (Doc. 27), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 27) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion to Approve FLSA Mediation Settlement and for Dismissal With Prejudice (Doc. 26) is **GRANTED**.

3. This case is **DISMISSED with prejudice**. The Clerk shall terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 11th day of January, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

tn
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record